No. 71–1148.   SMITH, WARDEN v. SMITH.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 71–1324.   ILLINOIS v. RAYMOND.   C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 71–1579.   BROWN, DIRECTOR, VIRGINIA DEPARTMENT OF WELFARE AND INSTITUTIONS, ET AL. v. WOOLFOLK ET AL.   C. A. 4th Cir.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 71–1588.   FLORIDA v. ROBERSON.   Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 71–1626.   McMANN, WARDEN v. WRIGHT.   C. A. 2d Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 71–1636.   ELLIOTT, WARDEN v. TAYLOR.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 71–1695.   MANUFACTURERS NATIONAL BANK OF DETROIT v. HARRIS.   C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 72–17.   LAVALLEE, CORRECTIONAL SUPERINTENDENT v. FITZGERALD.   C. A. 2d Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.